THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| DANIEL EUGENE SADLER,<br><br>Plaintiff,<br><br>v.<br><br>TOOELE COUNTY DETENTION CTR.,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:22-cv-22-HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

Plaintiff filed his civil complaint in this case as a prisoner. *See* Dkt. No. 5. On December 21, 2023, the court ordered Plaintiff to cure his deficient complaint by filing an amended complaint within thirty days. *See* Dkt. No. 16. Although more than three months have passed since the courts entered the cure order, Plaintiff has not responded. Indeed, although Plaintiff has not made any filings or otherwise communicated with the court in more than seven months.

**IT IS HEREBY ORDERED** that Plaintiff shall file a brief showing cause why this case should not be dismissed for failure to prosecute or to comply with court orders no later than May 8, 2024. *See* DUCivR 41-2. Failure to do so will result in this action's dismissal for failure to prosecute and to comply with the court's orders. *See* Fed. R. Civ. P. 41(b).

DATED this 8th day of April, 2024.

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge